# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUCHUN GOODWIN,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE FARM GENERAL INSURANCE COMPANY, et al.,<br><br>    Defendants. | Case No. 1:24-cv-00795-JLT-SAB<br><br>ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* WITHOUT PREJUDICE, REQUIRING PLAINTIFF TO FILE COMPLETED APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE<br><br>(ECF No. 2)<br><br>**DEADLINE: THIRTY DAYS** |

Duchun Goodwin, proceeding *pro se*, filed a complaint in this action on July 9, 2024. (ECF No. 1.) Plaintiff did not pay the filing fee and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2.) However, Plaintiff's application to proceed *in forma pauperis* is unclear and incomplete. Specifically, Plaintiff failed to provide a clear response to question number three regarding money Plaintiff has received in the past twelve months. Plaintiff designates both "yes" and "no" to the questions whether Plaintiff has received money from a "business, profession or other self-employment" and from "other sources." To the extent Plaintiff has received money from those sources, Plaintiff failed to state each source of money and state the amount received and what he expects he will continue to receive. Further, Plaintiff failed to respond to the question inquiring whether he has received any money from gifts or inheritances in the last twelve months. The Court therefore cannot determine from the

1

conflicting and omitted information provided if Plaintiff is entitled to proceed in this action without prepayment of fees. Plaintiff must submit a complete application if he wishes for his application to proceed *in forma pauperis* to be considered by the Court.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis* (ECF No. 2) is DENIED without prejudice;

2. The Clerk of the Court is directed to forward an *in forma pauperis* application (Short Form) to Plaintiff;

3. **Within thirty (30) days** of issuance of this order, Plaintiff shall either (1) pay the $405.00 filing fee for this action, or (2) file a short form application to proceed *in forma pauperis* without prepayment of the fee; and

4. If Plaintiff fails to comply with this order, the Court shall recommend that this action be dismissed.

IT IS SO ORDERED.

Dated:   **July 11, 2024**

UNITED STATES MAGISTRATE JUDGE