# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUCHUN GOODWIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE FARM GENERAL INSURANCE COMPANY, et al.,<br><br>　　　　Defendants. | Case No.  1:24-cv-00795-JLT-SAB<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(ECF No. 4) |

　　　　Plaintiff Duchun Goodwin ("Plaintiff"), proceeding *pro se*, initiated this civil action on July 9, 2024. (ECF No. 1.) Plaintiff did not pay the filing fee in this action and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2.) The Court initially denied Plaintiff's application, without prejudice because Plaintiff's application was incomplete. (ECF No. 3.) On August 12, 2024, Plaintiff submitted a second short form application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 4.) The Court notes Plaintiff's second application is also incomplete as it fails to fully respond to questions three or five. However, in the interest of expediency and preserving court resources, the Court shall evaluate Plaintiff's first and second application to determine whether he is entitled to proceed *in forma pauperis*. However, Plaintiff is admonished that future applications must be filled out completely and accurately.

The Court finds Plaintiff's applications demonstrate entitlement to proceed without prepayment of fees. Notwithstanding this order, the Court does not direct that service be undertaken until the Court screens the complaint in due course and issues its screening order.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff's application to proceed *in forma pauperis* (ECF No. 4) is GRANTED; and

2. Service shall not be undertaken until the Court screens the complaint in due course and issues its screening order.

IT IS SO ORDERED.

Dated:  **August 20, 2024**

UNITED STATES MAGISTRATE JUDGE