**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DUCHUN GOODWIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STATE FARM GENERAL INSURANCE COMPANY, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:24-cv-0795 JLT SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING THE ACTION WITHOUT PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 7) |

　　　Duchun Goodwin initiated this action by filing a complaint on July 9, 2024. (Doc. 1.) The assigned magistrate judge screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915(e)(2). (Doc. 6.) The magistrate judge found Plaintiff failed to state a cognizable claim arising under federal law, such that this Court may have jurisdiction over the complaint. (*Id.* at 6-9.) The Court granted Plaintiff an opportunity to cure the pleading deficiencies and ordered Plaintiff to file any amended complaint within 30 days. (*Id.* at 10-11.)

　　　After Plaintiff did not file an amended complaint, the magistrate judge issued Findings and Recommendations, recommending the action be dismissed. (Doc. 7.) The magistrate judge reiterated the findings in the Screening Order, again finding that Plaintiff's failed to state a claim and did not invoke this Court's jurisdiction. (*Id.* at 4-10.) In addition, the magistrate judge found terminating sanctions were appropriate for Plaintiff's failure to prosecute the action and failure to obey the Court's order to file an amended complaint, after considering the factors identified by

1

the Ninth Circuit. (*Id.* at 10-12.) Therefore, the magistrate judge recommended the matter be dismissed "for Plaintiff's failure to state a claim, failure to prosecute, and failure to comply with a court order." (*Id.* at 12.)

The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due within 14 days. (Doc. 7 at 12.) The Court advised Plaintiff that the "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Plaintiff did not file objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on September 27, 2024 (Doc. 7) are **ADOPTED** in full.
2. This action is **DISMISSED** without prejudice for Plaintiff's failure to state a claim that invokes this Court's jurisdiction, failure to prosecute, and failure to comply with the Court's order.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **October 17, 2024**

UNITED STATES DISTRICT JUDGE

2